1   SCOTT N. JOHNSON, ESQ., SBN 166952
    Law Offices of SCOTT N. JOHNSON
2   5150 FAIR OAKS BLVD., SUITE 101
    PMB #253
3   CARMICHAEL, CA 95608-5758
    TELEPHONE (916) 485-3516
4   TELEFAX (916) 441-4224

5   Attorney for Plaintiff Scott N. Johnson

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9
    SCOTT N. JOHNSON                          ) Case No.: CIV.S 05-CV-2216-DFL-DAD
10                                            )
               Plaintiff,                     )
11                                            ) **PLAINTIFF'S STIPULATED DISMISSAL**
          vs.                                 ) **OF GEETA VOHRA AND** *Proposed*
12                                            ) **ORDER**
                                              )
13  GAGAN GOURAV GULATI; RAMA SETHI )
14  GULATI; GEETA VOHRA; and DOES 1           ) Complaint Filed: NOVEMBER 2, 2005
15  through 10, inclusive,                    )
                                              ) **CASE TO BE REMAIN OPEN WITH**
16                                            ) **REMAINING DEFENDANTS**
17                                            )
                                              )
18             Defendants                     )
19                                            )
                                              )
20                                            )
                                              )
21

22

23

24        **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Geeta

25  Vohra) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).

26  This case is to be remained open with remaining Defendants.  Defendant (Geeta Vohra) is

27  dismissed because Defendant is no longer the business operator.

28
                                            1
    PLAINTIFF'S STIPULATED DISMISSAL and Proposed ORDER
                                          CIV: S-05-2216-DFL-DAD

1

2   Dated: November 30, 2005                    /s/Scott N. Johnson

3                                               SCOTT N. JOHNSON
                                                Plaintiff, In Pro Per
4

5

6   **IT IS SO ORDERED**.

7
                                                _____
8   Dated:   12/1/2005                                    JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2